UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NICOLE DOVE,

    Plaintiff,

v.

COREWELL HEALTH, f/k/a
SPECTRUM HEALTH SYSTEM,

    Defendant.
_____/

Case No. 1:23-cv-00182

HON. ROBERT J. JONKER

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AGREEMENT AND TO DISMISS CASE WITH PREJUDICE**

Plaintiff Nicole Dove; Opt-Ins Lindsay Allard, Cora Cage Nelson, Stephanie Cowan, Cortney Crawford, Jessica Dies, Holly Goad, Sharon Harrel, Lisa Holmes, Elizabeth Hovey, Nyiesha James, Nicole Main, Wanishea Marlowe, Kristen Meinema, Derek Mingerink, Linda Morehouse, Sherry Neforas, Elizabeth Nieder, Jennell Olszewski, Hayley Smith, Jennifer Smith, Olivia Starkweather, and Aimee Zuiderveen; and Defendant Corewell Health jointly move that the Court approve their agreement resolving the claims raised in this lawsuit and to dismiss the case with prejudice.

This Motion is supported by the Brief that is filed simultaneously with it.

Respectfully submitted,

By: */s/ Alyssa J. White*
Michael A. Josephson (TX 24014780)
Andrew W. Dunlap (TX 24078444)
Alyssa J. White (TX 24073014)
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
(713) 352-1100
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

Jennifer McManus (P65976)
Fagan McManus, P.C.
25892 Woodward Avenue
Royal Oak, MI  48067-0910
(248) 542-6300
jmcmanus@faganlawp.com

**Attorneys for Plaintiffs**

Date: February 9, 2024

*/s/ Matthew M. O'Rourke*
William H. Fallon (P33132)
Matthew M. O'Rourke (P79019)
Attorneys for Defendant
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI  49503
(616) 831-1700
fallonw@millerjohnson.com
orourkem@millerjohnson.com

**Attorneys for Defendants**

Date: February 9, 2024