UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NICOLE DOVE,

    Plaintiff,

v.

COREWELL HEALTH, f/k/a
SPECTRUM HEALTH SYSTEM,

    Defendant.
_____/

Case No. 1:23-cv-00182-RJJ-SJB

HON. ROBERT J. JONKER

## ORDER

The Court has reviewed the parties' Joint Motion for Approval of Settlement Agreement and to Dismiss Case With Prejudice and the settlement agreement in this case. The Court finds that the settlement agreement is fair and reasonable in light of all of the relevant circumstances described in the Joint Motion.

IT IS THEREFORE ORDERED that the settlement agreement is approved and this case is dismissed with prejudice.

Date: February 9, 2024

/s/ Robert J. Jonker
Honorable Robert J. Jonker
United States District Court Judge

MJ_DMS 37306213v1